| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:23-CR-19 |
| | § | |
| JUAN SUAREZ-PUPO, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS
## OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, this criminal proceeding is before the undersigned United States magistrate judge. Before the court are two reports recommending that the Defendant be found competent for trial. (Dkt. #22, 35.) The Defendant underwent two psychological exams and was determined competent to proceed to trial. (Dkt. #20, 32.) The magistrate judge held competency hearings on October 11, 2023, and June 25, 2024, and issued reports recommending that the court find the Defendant competent for trial. (Dkt. #22, 35.) The parties did not object to the first report and waived objections to the second report.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him and able to assist his attorney in his defense. It is therefore

**ORDERED** that the reports and recommendations (Dkt. #22, 35) of the United States magistrate judge on the Defendant's competency to stand trial are **ADOPTED**. It is further

**ORDERED** that the Defendant, Juan Suarez-Pupo, is competent. The speedy trial time shall be excluded from March 28, 2023, until the date of this order.

SIGNED at Beaumont, Texas, this 27th day of June, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE